# EXHIBIT C

1



# ANNUAL REPORT
# OF
# GOVERNMENTAL AFFAIRS AGENT

**FORM L1-A**
**Reporting For Calendar Year 2023**

ELEC Received

Feb 14 2024
03:36 PM

**NEW JERSEY ELECTION LAW ENFORCEMENT COMMISSION**
P.O. Box 185, Trenton, NJ 08625-0185
Phone: (609) 292-8700
Website: www.elec.nj.gov

FOR STATE USE ONLY

Amendment ☐

Name of Governmental Affairs Agent or Governmental Affairs Agent Firm:

**Genova Burns LLC**

Business Address: **494 Broad Street**

City **Newark**    State **NJ**    Zip Code **07102**

*(Area Code) Telephone Number **973-533-0777**

**1.** Provide the following information regarding the Governmental Affairs Agent(s) on whose behalf this report is filed.

1. Name **Angelo J. Genova**

Badge Number **1557-1**    Occupation or Business **Attorney**

Business Address **494 Broad Street**

City **Newark**    State **NJ**    Zip Code **07102**

*(Area Code) Telephone Number **973-533-0777**

2. Name **Nicholas R. Amato**

Badge Number **1557-5**    Occupation or Business **Attorney**

Business Address **494 Broad Street**

City **Newark**    State **NJ**    Zip Code **07102**

*(Area Code) Telephone Number **973-533-0777**

3. Name **Rajiv D. Parikh**

Badge Number **1557-7**    Occupation or Business **Attorney**

Business Address **494 Broad Street**

City **Newark**    State **NJ**    Zip Code **07102**

*(Area Code) Telephone Number **973-533-0777**

4. Name **Avi D. Kelin**

Badge Number **1557-8**    Occupation or Business **Attorney**

Business Address **494 Broad Street**

City **Newark**    State **NJ**    Zip Code **07102**

*(Area Code) Telephone Number **973-533-0777**

5.  Name  William F. Megna

Badge Number  1557-9                    Occupation or Business  Attorney

Business Address  494 Broad Street

City  Newark                          State  NJ        Zip Code  07102

*(Area Code) Telephone Number  973-533-0777

*Leave this field blank if your telephone number is unlisted. Pursuant to N.J.S.A. 47:1A-1.1, an unlisted telephone number is not a public record and must not be provided on this form.

**2.** Provide the following information concerning all Represented Entities.

NOTE:  Represented Entities who designate this report to include all of their activity must file Form L-2.

---

**RECEIPT AMOUNT**

**PURPOSE:** To report all fees, retainers, allowances, reimbursement of expenses, or other compensation received from Represented Entities for the purpose of influencing legislation, regulations, governmental processes, or communicating with the general public.

**NOTE:** Report only the pro rata share of each receipt which is related to influencing legislation, regulations, governmental processes, or communicating with the general public.

---

1.  Name of Represented Entity    **Scientific Games Corp**

Business Address    **6650 S. El Camino Road**

City  **Las Vegas**    State **NV**  Zip Code **89118**

Type of Business  **Gaming Services**

**RECEIPT AMOUNT**
**0.00**

- [ ] Check if communication with the general public ("Grassroots Lobbying") was the **only** lobbying activity for this entity.
- [✓] Check if the Represented Entity is designating this report to indicate all of their activity.

2.  Name of Represented Entity    **New Meadowlands Racetrack LLC**

Business Address    **1 Racetrack Drive**

City  **East Rutherford**    State **NJ**  Zip Code **07073**

Type of Business  **Racetrack Operator**

**RECEIPT AMOUNT**
**0.00**

- [ ] Check if communication with the general public ("Grassroots Lobbying") was the **only** lobbying activity for this entity.
- [✓] Check if the Represented Entity is designating this report to indicate all of their activity.

3.  Name of Represented Entity    **14-16 Burma Road Industrial LLC dba SAK Structures LLC**

Business Address    **14 Burma Road**

City  **Jersey City**    State **NJ**  Zip Code **07305**

Type of Business  **Real Estate**

**RECEIPT AMOUNT**
**0.00**

- [ ] Check if communication with the general public ("Grassroots Lobbying") was the **only** lobbying activity for this entity.
- [✓] Check if the Represented Entity is designating this report to indicate all of their activity.

4.  Name of Represented Entity    **BioReference Laboratories, Inc.**

Business Address    **481 Edward H. Ross Drive**

City  **Elmwood Park**    State **NJ**  Zip Code **07407**

Type of Business  **Laboratory Services**

**RECEIPT AMOUNT**
**22,490.00**

- [ ] Check if communication with the general public ("Grassroots Lobbying") was the **only** lobbying activity for this entity.
- [ ] Check if the Represented Entity is designating this report to indicate all of their activity.

5.  Name of Represented Entity    Atlantic Amateur Hockey Association

Business Address    PO Box 291

City  Ho Ho Kus                    State NJ      Zip Code 07423

Type of Business  Amateur Hockey Association

**RECEIPT AMOUNT**
0.00

☐ Check if communication with the general public ("Grassroots Lobbying") was the **only** lobbying activity for this entity.
☐ Check if the Represented Entity is designating this report to indicate all of their activity.

6.  Name of Represented Entity    Association Master Trust

Business Address    636 Morris Turnpike, Ste. 2A

City  Short Hills                   State NJ      Zip Code 07078

Type of Business  self-funded multiple employer welfare arrangement

**RECEIPT AMOUNT**
0.00

☐ Check if communication with the general public ("Grassroots Lobbying") was the **only** lobbying activity for this entity.
☑ Check if the Represented Entity is designating this report to indicate all of their activity.

7.  Name of Represented Entity    New Jersey Restaurant and Hospitality Association

Business Address    126 West State Street

City  Trenton                       State NJ      Zip Code 08608

Type of Business  Trade Association for Restaurant and Hospitality Industry

**RECEIPT AMOUNT**
0.00

☐ Check if communication with the general public ("Grassroots Lobbying") was the **only** lobbying activity for this entity.
☐ Check if the Represented Entity is designating this report to indicate all of their activity.

8.  Name of Represented Entity    SB Hoboken Propco, LLC

Business Address    175 Belgrove Drive

City  Kearny                        State NJ      Zip Code 07032

Type of Business  Real Estate

**RECEIPT AMOUNT**
0.00

☐ Check if communication with the general public ("Grassroots Lobbying") was the **only** lobbying activity for this entity.
☑ Check if the Represented Entity is designating this report to indicate all of their activity.

9.  Name of Represented Entity    EDP Soccer

Business Address    8 Cornwall Court

City  East Brunswick                State NJ      Zip Code 08816

Type of Business  Youth Soccer

**RECEIPT AMOUNT**
0.00

☐ Check if communication with the general public ("Grassroots Lobbying") was the **only** lobbying activity for this entity.
☑ Check if the Represented Entity is designating this report to indicate all of their activity.

10. Name of Represented Entity **State Fair Group**

Business Address **331 Newman Springs Road**

City **Red Bank**    State **NJ**    Zip Code **07701**

Type of Business **Operation of Amusement Park**

**RECEIPT AMOUNT** 850.00

☐ Check if communication with the general public ("Grassroots Lobbying") was the **only** lobbying activity for this entity.
☐ Check if the Represented Entity is designating this report to indicate all of their activity.

11. Name of Represented Entity **Parkway Autonomous Inc.**

Business Address **146 Wolcott Street**

City **Brooklyn**    State **NY**    Zip Code **11231**

Type of Business **Transportation**

**RECEIPT AMOUNT** 0.00

☐ Check if communication with the general public ("Grassroots Lobbying") was the **only** lobbying activity for this entity.
☑ Check if the Represented Entity is designating this report to indicate all of their activity.

12. Name of Represented Entity **New Jersey Democratic State Committee**

Business Address **142 W State Street**

City **Trenton**    State **NJ**    Zip Code **08608**

Type of Business **Political Party**

**RECEIPT AMOUNT** 6,765.00

☐ Check if communication with the general public ("Grassroots Lobbying") was the **only** lobbying activity for this entity.
☐ Check if the Represented Entity is designating this report to indicate all of their activity.

13. Name of Represented Entity **Atlas Privacy**

Business Address **2810 N Church Street, Unit 72500**

City **Wilmington**    State **DE**    Zip Code **19802**

Type of Business **Data Privacy**

**RECEIPT AMOUNT** 0.00

☐ Check if communication with the general public ("Grassroots Lobbying") was the **only** lobbying activity for this entity.
☐ Check if the Represented Entity is designating this report to indicate all of their activity.

14. Name of Represented Entity **CEP Renewables**

Business Address **331 Newman Springs Road**

City **Red Bank**    State **NJ**    Zip Code **07701**

Type of Business **Solar Developer**

**RECEIPT AMOUNT** 0.00

☐ Check if communication with the general public ("Grassroots Lobbying") was the **only** lobbying activity for this entity.
☐ Check if the Represented Entity is designating this report to indicate all of their activity.

**SCHEDULE A**

1. Provide the following information for any Governmental Affairs Agent named in this Annual Report who served as a member of:

➤ any independent State authority;

➤ any county improvement authority;

➤ any municipal utilities authority;

➤ any inter-State or bi-State authority as a member from New Jersey; or,

➤ any board or commission established by statute or resolution, or by executive order of the Governor, or by the Legislature, or by any Agency, Department or other instrumentality of the State.

(If this question does not apply, move on to question 2.)

Name of Governmental Affairs Agent _____

Name of Authority, Board, or Commission _____

Date When Term of Service Expires _____


Name of Governmental Affairs Agent _____

Name of Authority, Board, or Commission _____

Date When Term of Service Expires _____


Name of Governmental Affairs Agent _____

Name of Authority, Board, or Commission _____

Date When Term of Service Expires _____


Name of Governmental Affairs Agent _____

Name of Authority, Board, or Commission _____

Date When Term of Service Expires _____

2. Did all Governmental Affairs Agent(s) named in this Annual Report file all Notices of Representation and Quarterly Reports required during the calendar year covered by this Annual Report?

☑ Yes  If "yes," continue on to Schedule B.          ☐ No  If "no," please file the necessary reports immediately.

## SCHEDULE B - SALARY & COMPENSATION

**PURPOSE:** To report the salary and compensation paid to the Governmental Affairs Agents on whose behalf this report is filed. Include the reimbursement of an Agent's expenses in amounts reported.

**NOTE:** Only the pro rata share of each Governmental Affairs Agent's salary and compensation need to be included if the Agent spends only a portion of his/her time on lobbying activity.

| NAME OF GOVERNMENTAL AFFAIRS AGENT | AMOUNT |
|---|---|
| Angelo J. Genova | $ 12,095.00 |
| Nicholas R. Amato | $ 0.00 |
| Rajiv D. Parikh | $ 6,765.00 |
| Avi D. Kelin | $ 11,245.00 |
| William F. Megna | $ 0.00 |
| SCHEDULE B TOTAL $ | 30,105.00 |

## SCHEDULE C - SUPPORT PERSONNEL

**PURPOSE:** To report the costs of support personnel who, over the course of the reporting year, individually spend 450 or more hours supporting the activities of the Governmental Affairs Agent(s).

After determining to which person(s) this applies, report the pro rata share of those costs which are attributable to supporting the activities of the Governmental Affairs Agent(s) in influencing legislation, regulations, governmental processes, or communicating with the general public.

SCHEDULE C TOTAL $     0.00

## NO SCHEDULE D FOR GOVERNMENTAL AFFAIRS AGENTS

## SCHEDULE E - COMMUNICATION EXPENSES

**PURPOSE:** To report the costs of the preparation and distribution of materials related to influencing legislation, regulations, governmental processes, and conducting communications with the general public.

| EXPENSE | AMOUNT |
|---|---|
| Printed Materials | $ 0.00 |
| Postage | 0.00 |
| Film, Slides, Video, Audio | 0.00 |
| TV - Network | 0.00 |
| TV - Cable | 0.00 |
| Radio | 0.00 |
| Other Broadcast Medium | 0.00 |
| Internet | 0.00 |
| Telephone, Facsimile | 0.00 |
| Pro Rata Overhead Costs of Specific Events Over $100 (*please identify name and date of event*) | |
| | |
| | |
| | |
| Other (*please describe*): | |
| | |
| | |
| | |
| SCHEDULE E TOTAL $ | 0.00 |

## SCHEDULE F - TRAVEL/LODGING

**PURPOSE:** To report the travel and lodging costs of the Governmental Affairs Agents on whose behalf this report is filed related to influencing legislation, regulations, governmental processes, or communicating with the general public.

| NAME OF GOVERNMENTAL AFFAIRS AGENT | AMOUNT |
|---|---|
| | $ 0.00 |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| SCHEDULE F TOTAL $ | 0.00 |

| SCHEDULE G-1 | ITEMIZATION OF BENEFITS WHICH EXCEEDED $25 PER DAY OR $200 PER CALENDAR YEAR TO STATE OFFICIALS AND THEIR IMMEDIATE FAMILY MEMBERS |
|---|---|

**PURPOSE:** To report detailed information concerning benefits passed to State officials covered by the Act, as well as the immediate family members of these officials. If the value of a benefit exceeded $25 per day or $200 per calendar year, report below.

*(Select one description item for each entry from the drop down list. When selecting "O - Other", enter a description in the space provided.)*

Name of Benefit Recipient _____

Date _____  Description _____  _____  Amount $ _____ 0.00

Name and Address of Payee/Vendor

Name _____

Address _____

City _____  State _____  Zip Code _____

If benefit was reimbursed, please report the date, the description, and the amount of the reimbursement.

Date _____  Amount $_____

Description _____  _____

---

Name of Benefit Recipient _____

Date _____  Description _____  _____  Amount $ _____

Name and Address of Payee/Vendor

Name _____

Address _____

City _____  State _____  Zip Code _____

If benefit was reimbursed, please report the date, the description, and the amount of the reimbursement.

Date _____  Amount $_____

Description _____  _____

---

Name of Benefit Recipient _____

Date _____  Description _____  _____  Amount $ _____

Name and Address of Payee/Vendor

Name _____

Address _____

City _____  State _____  Zip Code _____

If benefit was reimbursed, please report the date, the description, and the amount of the reimbursement.

Date _____  Amount $_____

Description _____  _____

---

Name of Benefit Recipient _____

Date _____  Description _____  _____  Amount $ _____

Name and Address of Payee/Vendor

Name _____

Address _____

City _____  State _____  Zip Code _____

If benefit was reimbursed, please report the date, the description, and the amount of the reimbursement.

Date _____  Amount $_____

Description _____  _____

# SUMMARY OF BENEFIT PASSING

**PURPOSE:** To report the total amount of providing benefits to State officials covered by the Act and their immediate family members.

| | SCHEDULE G-1 | SCHEDULE G-2* | AMOUNT |
|---|---|---|---|
| Entertainment | $ _____ | + $ _____ 0.00 | = $ _____ 0.00 |
| Food and Beverage | _____ | + _____ 0.00 | = _____ 0.00 |
| Travel | _____ | + _____ 0.00 | = _____ 0.00 |
| Lodging | _____ | + _____ 0.00 | = _____ 0.00 |
| Honoraria | _____ | + _____ 0.00 | = _____ 0.00 |
| Loans | _____ | + _____ 0.00 | = _____ 0.00 |
| Gifts | _____ | + _____ 0.00 | = _____ 0.00 |
| Other (specify) _____ | _____ | + _____ 0.00 | = _____ 0.00 |
| **Total** | $ _____ | + $ _____ 0.00 | = $ _____ 0.00 |

**SCHEDULE G-1 AND SCHEDULE G-2 TOTAL**

\* Enter, by category, the value of benefit passing where the expenditure did NOT exceed the $25/day or $200/calendar year thresholds.

**TOTAL AMOUNT OF REIMBURSED BENEFITS, IF ANY.**
**DO _NOT_ DEDUCT THIS AMOUNT FROM BENEFIT PASSING AMOUNTS.**                     $ _____

# SUMMARY OF LOBBYING EXPENDITURES

**EXPENDITURES**

| | | | |
|---|---|---|---|
| 1. Salary and Compensation | Schedule B Total | $ | 30,105.00 |
| 2. Support Personnel | Schedule C Total | | 0.00 |
| 3. Communication Expenses | Schedule E Total | | 0.00 |
| 4. Travel and Lodging | Schedule F Total | | 0.00 |
| 5. Benefit Passing | Schedule G-1 and Schedule G-2 Total | | 0.00 |
| | **Total Lobbying Expenditures** | $ | 30,105.00 |

**SUMMARY OF TOTAL RECEIPTS FROM REPRESENTED ENTITIES**       $ _____ 30,105.00

# CERTIFICATION

This certification shall be signed by either the Governmental Affairs Agent filing this Annual Report on his/her own behalf, or by the Managing or Principal Partner or Chief Executive Officer of the Governmental Affairs Agent Firm.

I, <u>Angelo Genova</u>

(enter name)

hereby certify that I am duly authorized by

<u>Genova Burns LLC</u>

(enter name of firm)

to file and certify the accuracy and correctness of this Annual Report of Lobbying Activity for calendar year <u>2023</u>.
I certify that the statements made herein are true and accurate. I am aware that if any of the foregoing statements are willfully false, I may be subject to punishment.

Registration Number  **********        PIN  **********

| Verify Registration Number & PIN |
|---|

| ANGELO J GENOVA | February 14, 2024 |
|---|---|
| Signature | Date |

* Your name must appear on the signature line *