# EXHIBIT D

**CARLTON FIELDS, P.A.**
Michael D. Margulies
Julia E. Duffy
180 Park Avenue, Suite 106
Florham Park, New Jersey 07932
Tel.: (973) 828-2600
mmargulies@carltonfields.com
jduffy@carltonffields.com
*Attorneys for TelTech Systems, Inc.*
*and Epic Applications, LLC, i/p/a Epic Enterprises, LLC*

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, *as assignee of individuals who are Covered Persons*, JANE DOE-1, *a law enforcement officer*, JANE DOE-2, *a law enforcement officer*, EDWIN MALDONADO, SCOTT MALONEY, JUSTYNA MALONEY, PATRICK COLLIGAN, and WILLIAM SULLIVAN,<br><br>             Plaintiffs,<br><br>     -against-<br><br>TELTECH SYSTEMS, INC., EPIC ENTERPRISES, LLC, RICHARD ROES 1-10, *fictitious names of unknown individuals* and ABC COMPANIES 1-10, *fictitious names of unknown entities*,<br><br>             Defendants. | SUPERIOR COURT OF NEW JERSEY LAW DIVISION, MIDDLESEX COUNTY DOCKET NO.: MID-L-000859-24<br><br><br>**NOTICE OF FILING OF NOTICE OF REMOVAL** |

      **PLEASE TAKE NOTICE** that Defendants TelTech Systems, Inc. ("TelTech") and Epic Applications, LLC[1] ("Epic," together with TelTech, "Defendants"), by and through their undersigned counsel, have on the 26 day of March, 2024, filed a Notice of Removal, a copy of which is attached hereto for filing with this Court, in the office of the Clerk of the United States District Court for the District of New Jersey, effecting such removal of such suit under the provisions of 28 U.S.C. §§ 1332, 1441, and 1453.

---

[1] Defendant Epic Applications, LLC was incorrectly identified in the Complaint as Epic Enterprises, LLC.

135434466.1

**PLEASE TAKE FURTHER NOTICE**, that pursuant to 28 U.S.C. § 1446(d), the filing of this Notice effects the removal of this action to the federal court and this Court shall proceed no further unless and until the case is remanded.

Dated:  Florham Park, New Jersey
        March 26, 2024

CARTLON FIELDS, P.A.

By:    _/s/ Julia E. Duffy_____
       Michael D. Margulies
       Julia E. Duffy

180 Park Avenue, Suite 106
Florham Park, New Jersey 07932
(973) 828-2600
mmargulies@carltonfields.com
jduffy@carltonfields.com

*Attorneys for Defendants TelTech Systems, Inc.
and Epic Applications, LLC*

To:    Rajiv D. Parikh
       Kathleen Barnett Einhorn
       PEM LAW LLC
       1 Boland Dr., Suite 101
       West Orange, N.J. 07052
       *Attorneys for Plaintiffs*

       John A. Yanchunis
       Ryan J. McGee
       Morgan & Morgan Complex Litigation Group
       201 North Franklin St., 7th Floor
       Tampa, F.L. 33602
       *Attorneys for Plaintiffs*

2