**CARLTON FIELDS, P.A.**
Michael D. Margulies
Julia E. Duffy
180 Park Avenue, Suite 106
Florham Park, New Jersey 07932
Tel.: (973) 828-2600
mmargulies@carltonfields.com
jduffy@carltonffields.com
*Attorneys for TelTech Systems, Inc.*
*and Epic Applications, LLC, i/p/a Epic Enterprises, LLC*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, *as assignee of individuals who are Covered Persons*, JANE DOE-1, *a law enforcement officer*, JANE DOE-2, *a law enforcement officer*, EDWIN MALDONADO, SCOTT MALONEY, JUSTYNA MALONEY, PATRICK COLLIGAN, and WILLIAM SULLIVAN,<br><br>Plaintiffs,<br><br>-against-<br><br>TELTECH SYSTEMS, INC., EPIC ENTERPRISES, LLC, RICHARD ROES 1-10, *fictitious names of unknown individuals* and ABC COMPANIES 1-10, *fictitious names of unknown entities*,<br><br>Defendants. | Civil Action No. _____<br><br>**CERTIFICATE OF SERVICE** |

I, Julia E. Duffy, hereby certify that on the 26th day of March, 2024, I served true and correct copies of this Notice of Removal and its Exhibits and Civil Cover Sheet, filed in the within action, along with a copy of the State Court Notice of Removal, by U.S. Mail, upon the following:

135438240.2

Rajiv D. Parikh
Kathleen Barnett Einhorn
PEM LAW LLC
1 Boland Dr., Suite 101
West Orange, New Jersey 07052
*Attorneys for Plaintiffs*

John A. Yanchunis
Ryan J. McGee
Morgan & Morgan Complex Litigation Group
201 North Franklin St., 7th Floor
Tampa, Florida 33602


                                 */s/ Julia E. Duffy*
                                    Julia E. Duffy

2