**CARLTON FIELDS, P.A.**
Michael D. Margulies
Julia E. Duffy
180 Park Avenue, Suite 106
Florham Park, New Jersey 07932
Tel.: (973) 828-2600
mmargulies@carltonfields.com
jduffy@carltonfields.com
*Attorneys for TelTech Systems, Inc.*
*and Epic Applications, LLC, i/p/a Epic Enterprises, LLC*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, *as assignee of individuals who are Covered Persons*, JANE DOE-1, *a law enforcement officer*, JANE DOE-2, *a law enforcement officer*, EDWIN MALDONADO, SCOTT MALONEY, JUSTYNA MALONEY, PATRICK COLLIGAN, and WILLIAM SULLIVAN, <br><br>                        Plaintiffs,<br><br>-against-<br><br>TELTECH SYSTEMS, INC., EPIC ENTERPRISES, LLC, RICHARD ROES 1-10, *fictitious names of unknown individuals* and ABC COMPANIES 1-10, *fictitious names of unknown entities*,<br><br>                        Defendants. | Civil Action No. 2:24-cv-04217<br><br>**FED. R. CIV. P. 7.1 CORPORATE DISCLOSURE STATMENT** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Epic Applications, LLC, incorrectly identified in the Complaint as Epic Enterprises, LLC, through its undersigned counsel, certifies that:

Epic Applications, LLC is a wholly owned subsidiary of TelTech Systems, Inc., which is a wholly owned subsidiary of Mosaic Group Holdings, LLC, which is a wholly owned subsidiary

of IAC Applications, LLC, which is a wholly owned subsidiary of IAC Search & Media, Inc., which is a wholly owned subsidiary of IAC Search, LLC, which is a wholly owned subsidiary of IAC Group, LLC, which is a wholly owned subsidiary of IAC Inc., f/k/a IAC/InterActiveCorp ("IAC"), a publicly traded corporation. IAC is not a subsidiary of any parent corporation and no publicly traded corporation owns 10% or more of IAC's stock.

Dated: Florham Park, New Jersey
March 26, 2024

                              CARTLON FIELDS, P.A.

                        By:   */s/ Michael D. Margulies*
                                Michael D. Margulies
                                Julia E. Duffy

                        180 Park Avenue, Suite 106
                        Florham Park, New Jersey 07932
                        (973) 828-2600
                        mmargulies@carltonfields.com
                        jduffy@carltonfields.com

                        *Attorneys for Defendants TelTech Systems, Inc. and Epic Applications, LLC*