**CARLTON FIELDS, P.A.**
Michael D. Margulies
Julia E. Duffy
180 Park Avenue, Suite 106
Florham Park, New Jersey 07932
Tel.: (973) 828-2600
mmargulies@carltonfields.com
jduffy@carltonfields.com
*Attorneys for TelTech Systems, Inc.*
*and Epic Applications, LLC, i/p/a Epic Enterprises, LLC*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, *as assignee of individuals who are Covered Persons*, JANE DOE-1, *a law enforcement officer*, JANE DOE-2, *a law enforcement officer*, EDWIN MALDONADO, SCOTT MALONEY, JUSTYNA MALONEY, PATRICK COLLIGAN, and WILLIAM SULLIVAN,<br><br>Plaintiffs,<br><br>-against-<br><br>TELTECH SYSTEMS, INC., EPIC ENTERPRISES, LLC, RICHARD ROES 1-10, *fictitious names of unknown individuals* and ABC COMPANIES 1-10, *fictitious names of unknown entities*,<br><br>Defendants. | Civil Action No. 2:24-cv-04217<br><br>**FED. R. CIV. P. 7.1 CORPORATE DISCLOSURE STATMENT** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant TelTech Systems, Inc. ("Teltech"), through its undersigned counsel, certifies that:

Teltech is a wholly owned subsidiary of Mosaic Group Holdings, LLC, which is a wholly owned subsidiary of IAC Applications, LLC, which is a wholly owned subsidiary of IAC Search & Media, Inc., which is a wholly owned subsidiary of IAC Search, LLC, which is a wholly owned

subsidiary of IAC Group, LLC, which is a wholly owned subsidiary of IAC Inc., f/k/a IAC/InterActiveCorp ("IAC"), a publicly traded corporation. IAC is not a subsidiary of any parent corporation and no publicly traded corporation owns 10% or more of IAC's stock.

Dated: Florham Park, New Jersey
March 26, 2024

                                  CARTLON FIELDS, P.A.

                                  By:    */s/ Michael D. Margulies*
                                             Michael D. Margulies
                                             Julia E. Duffy

                                180 Park Avenue, Suite 106
                                Florham Park, New Jersey 07932
                                (973) 828-2600
                                mmargulies@carltonfields.com
                                jduffy@carltonfields.com

                                *Attorneys for Defendants TelTech Systems, Inc.*
                                *and Epic Applications, LLC*