**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
(Newark Vicinage)**

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, *as assignee of individuals who are Covered Persons*, JANE DOE-1, *a law enforcement officer*, JANE DOE-2, *a law enforcement officer*, EDWIN MALDONADO, SCOTT MALONEY, JUSTYNA MALONEY, PATRICK COLLIGAN, and WILLIAM SULLIVAN,<br><br>                     Plaintiffs,<br><br>     -against-<br><br>TELTECH SYSTEMS, INC., EPIC ENTERPRISES, LLC, RICHARD ROES 1-10, *fictitious names of unknown individuals* and ABC COMPANIES 1-10, *fictitious names of unknown entities*,<br><br>                     Defendants. | Civil Action No.<br><br>**APPLICATION FOR EXTENSION OF TIME TO ANSWER, MOVE, OR OTHERWISE REPLY [Local Civil Rule 6.1(b)]** |

Application is hereby made for a Clerk's Order extending time within which Defendants Teltech Systems, Inc. and Epic Applications, LLC i/p/a Epic Enterprises, LLC ("Defendants"), may answer, move, or otherwise reply to the Complaint filed by Plaintiffs herein and it is represented that:

1. No previous extension has been obtained.
2. The current deadline for Defendants to respond to the Complaint is April 2, 2024; and
3. Defendants hereby request that their time to answer, move or otherwise respond to the Complaint be extended by fourteen (14) days to April 16, 2024.

Dated: March 26, 2024

By:     */s/ Michael D. Margulies*
          Michael D. Margulies, Esq.

135433331.1

                                                Julia E. Duffy, Esq.
                                                CARLTON FIELDS, P.A.
                                                180 Park Avenue, Suite 106
                                                Florham Park, NJ 07932
                                                *Attorneys for Defendant*
                                                Teltech Systems, Inc. and Epic Applications, LLC i/p/a Epic Enterprises, LLC

135433331.1