**CARLTON FIELDS, P.A.**
Michael D. Margulies (No. 030412008)
180 Park Avenue, Suite 106
Florham Park, New Jersey 07932
Tel.: (973) 828-2600
mmargulies@carltonfields.com
*Attorneys for TelTech Systems, Inc.*
*and Epic Applications, LLC, i/p/a Epic Enterprises, LLC*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, *as assignee of individuals who are Covered Persons*, JANE DOE-1, *a law enforcement officer*, JANE DOE-2, *a law enforcement officer*, EDWIN MALDONADO, SCOTT MALONEY, JUSTYNA MALONEY, PATRICK COLLIGAN, and WILLIAM SULLIVAN,<br><br>                    Plaintiffs,<br><br>          -against-<br><br>TELTECH SYSTEMS, INC., EPIC ENTERPRISES, LLC, RICHARD ROES 1-10, *fictitious names of unknown individuals* and ABC COMPANIES 1-10, *fictitious names of unknown entities*,<br><br>                    Defendants. | Civil Action No. 2:24-cv-04217<br><br>**NOTICE OF APPEARANCE** |

To:     The Clerk of Court and all parties of record

        I am admitted or otherwise authorized to practice in this court, and I appear in this case as

counsel for TelTech Systems, Inc. and Epic Applications, LLC, i/p/a Epic Enterprises, LLC.

Dated:  April 2, 2024                    **CARLTON FIELDS P.A.**

                                        By: */s/ Michael D. Margulies*
                                            Michael D. Margulies
                                        180 Park Ave., Suite 106
                                        Florham Park, NJ 07932
                                        (973) 828-2611
                                        mmargulies@carltonfields.com

135529973.1