UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
**MINUTES OF PROCEEDINGS**

**CAMDEN OFFICE**　　　　　　　　　　　**DATE OF PROCEEDINGS: 04/18/2024**

**JUDGE:  HARVEY BARTLE III**

COURT REPORTER: Ann Marie Mitchell　　**DOCKET #**   CV 24-4217 (HB)

**TITLE OF CASE:**
ATLAS DATA PRIVACY CORPORATION et al
　　　　v.
TELTECH SYSTEMS, INC. et al

**APPEARANCES:**
SEE ATTACHED LIST

NATURE OF PROCEEDINGS: STATUS CONFERENCE

Time commenced:  10:00 AM　　　　　　　Time Adjourned: 12:20 PM

Total: <u>2 hours and 20 minutes</u>

　　　　　　　　　　　　　　　　　　　*s/ David Bruey*
　　　　　　　　　　　　　　　　　　　**DEPUTY CLERK**