

ATTORNEYS AT LAW

180 Park Ave. | Suite 106
Florham Park, New Jersey 07932-1054
973.828.2600 | fax 973.828.2601
www.carltonfields.com

Atlanta
Hartford
Los Angeles
Miami
New York
**New Jersey**
Orlando
Tallahassee
Tampa
Washington, DC
West Palm Beach

Michael D. Margulies
Shareholder

June 10, 2024

**BY ECF**
Honorable Harvey Bartle III, U.S.D.J.
United States District Court
   Eastern District of Pennsylvania
16614 U.S. Courthouse
601 Market Street
Philadelphia, Pennsylvania 19106

Re:   *Atlas Data Privacy Corp., et al. v. TelTech Systems, Inc., et al.* **(Case No. 2:24-cv-04217)**

Dear Judge Bartle:

     This firm represents defendants TelTech Systems, Inc. and Epic Applications, LLC i/p/a Epic Enterprises, LLC (together, "Defendants") in the above-referenced matter. We write to advise the Court that Defendants join the Consolidated Motion to Dismiss Brief filed today in the action captioned as *Atlas Data Privacy Corporation, et al. v. Lightbox Parent, L.P.*, Civil Action No. 1:24-cv-4105 (the "Consolidated Motion to Dismiss"). For the reasons set forth in the Consolidated Motion to Dismiss, Defendants respectfully request that the Court grant the motion and dismiss Plaintiffs' Complaint in this matter with prejudice.

Respectfully,

Michael D. Margulies

Cc:  All counsel of record (by ECF)

Carlton Fields, P.A.
Carlton Fields, P.A. practices law in California through Carlton Fields, LLP.