

**ATTORNEYS AT LAW**

180 Park Ave. | Suite 106
Florham Park, New Jersey 07932-1054
973.828.2600 | fax 973.828.2601
www.carltonfields.com

Atlanta
Hartford
Los Angeles
Miami
New York
**New Jersey**
Orlando
Tallahassee
Tampa
Washington, DC
West Palm Beach

Michael D. Margulies
Shareholder

September 17, 2024

**BY ECF**
Honorable Harvey Bartle III, U.S.D.J.
United States District Court
  Eastern District of Pennsylvania
16614 U.S. Courthouse
601 Market Street
Philadelphia, Pennsylvania 19106

Re:   ***Atlas Data Privacy Corp., et al. v. TelTech Systems, Inc., et al.*** **(Case No. 1:24-cv-04217)**

Dear Judge Bartle:

      This firm represents defendants TelTech Systems, Inc. and Epic Applications, LLC i/p/a Epic Enterprises, LLC (together, "Defendants") in the above-referenced matter. We write to advise the Court that Defendants join the Supplemental Brief in Opposition to Plaintiffs' Consolidated Motion to Remand (the "Supplemental Opposition") filed September 16, 2024 in the action captioned as *Atlas Data Privacy Corporation, et al. v. Blackbaud, Inc., et al.*, Civil Action No. 1:24-cv-03993-HB. For the reasons set forth in the Supplemental Opposition, Defendants respectfully request that the Court deny Plaintiffs' motion.

Respectfully,

Michael D. Margulies

Cc:  All counsel of record (by ECF)

Carlton Fields, P.A.
Carlton Fields, P.A. practices law in California through Carlton Fields, LLP.