# UNITED STATES DISTRICT COURT
## FOR THE District of New Jersey [LIVE]
### Camden, NJ


ATLAS DATA PRIVACY CORPORATION,
et al.

|                                        | Plaintiff, |                                          |
|----------------------------------------|-----------|-------------------------------------------|

v.

Case No.: 1:24–cv–04217–HB
Judge Harvey Bartle (EDPA), III

TELTECH SYSTEMS, INC., et al.

Defendant.


Clerk, Superior Court of New Jersey
Middlesex County Courthouse
*56 Paterson Street
New Brunswick, NJ 08903

State No: MID–L–00859–24


**Dear Clerk of Court:**

Enclosed please find a certified copy of the Order remanding the above entitled matter to your Court.



Very truly yours,

CLERK OF COURT
By Deputy Clerk, lm


encl.
cc: All Counsel