UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

ECO-030

## No. 24-8044

Atlas Data Privacy Corporation et al. v. Blackbaud, Inc.

(D.N.J. No. 1:24-cv-03993)

Atlas Data Privacy Corporation et al. v. Whitepages, Inc.

(D.N.J. No. 1:24-cv-03998)

Atlas Data Privacy Corporation et al. v. Hiya, Inc.

(D.N.J. No. 1:24-cv-04000)

Atlas Data Privacy Corporation et al. v. Commercial Real Estate Exchange, Inc.

(D.N.J. No. 1:24-cv-04073)

Atlas Data Privacy Corporation et al. v. Carco Group Inc., and Intellicorp Records, Inc.

(D.N.J. No. 1:24-cv-04077)

Atlas Data Privacy Corporation et al. v. 6Sense Insights, Inc.

(D.N.J. No. 1:24-cv-04104)

Atlas Data Privacy Corporation et al. v. Lightbox Parent, L.P., and Lightbox Holdings, L.P.

(D.N.J. No. 1:24-cv-04105)

Atlas Data Privacy Corporation et al. v. Search Quarry, LLC, and Search Quarry, Inc.

(D.N.J. No. 1:24-cv-04106)

Atlas Data Privacy Corporation et al. v. Acxiom LLC

(D.N.J. No. 1:24-cv-04107)

Atlas Data Privacy Corporation et al. v. Enformion, LLC, and Enformion Holdco Inc.

(D.N.J. No. 1:24-cv-04110)

Atlas Data Privacy Corporation et al. v. CoStar Group, Inc., and CoStar Realty Information, Inc.

(D.N.J. No. 1:24-cv-04111)

Atlas Data Privacy Corporation et al. v. Oracle International Corporation, Oracle America, Inc., and Oracle Corp.

(D.N.J. No. 1:24-cv-04112)

Atlas Data Privacy Corporation et al. v. Red Violet, Inc.

(D.N.J. No. 1:24-cv-04113)

Atlas Data Privacy Corporation et al. v. RE/MAX, LLC

(D.N.J. No. 1:24-cv-04114)

Atlas Data Privacy Corporation et al. v. Epsilon Data Management, LLC, Conversant LLC, and Citrus Ad International, Inc.

(D.N.J. No. 1:24-cv-04168)

Atlas Data Privacy Corporation et al. v. Data Axle, Inc.

(D.N.J. No. 1:24-cv-04181)

Atlas Data Privacy Corporation et al. v.
Remine Inc.
(D.N.J. No. 1:24-cv-04182)

Atlas Data Privacy Corporation et al. v.
Teltech Systems, Inc., and Epic Applica-
tions, LLC
(D.N.J. No. 1:24-cv-04217)

Atlas Data Privacy Corporation et al. v.
PeopleConnect, Inc., PeopleConnect
Holdings, Inc., Intelius, LLC, and Peo-
pleConnect Intermediate, LLC
(D.N.J. No. 1:24-cv-04227)

Atlas Data Privacy Corporation et al. v.
CoreLogic, Inc.
(D.N.J. No. 1:24-cv-04230)

Atlas Data Privacy Corporation et al. v.
Black Knight Technologies, LLC, and
Black Knight, Inc.
(D.N.J. No. 1:24-cv-04233)

Atlas Data Privacy Corporation et al. v.
Choreograph LLC
(D.N.J. No. 1:24-cv-04271)

Atlas Data Privacy Corporation et al. v.
Transunion, LLC., Neustar, Inc., and
Transunion Risk and Alternative Data
Solutions, Inc.
(D.N.J. No. 1:24-cv-04288)

Atlas Data Privacy Corporation et al. v.
Spokeo, Inc
(D.N.J. No. 1:24-cv-04299)

Atlas Data Privacy Corporation et al. v.
Telnyx LLC
(D.N.J. No. 1:24-cv-04354)

Atlas Data Privacy Corporation et al. v.
Wiland, Inc.
(D.N.J. No. 1:24-cv-04442)

Atlas Data Privacy Corporation et al. v.
AtData, LLC
(D.N.J. No. 1:24-cv-04447)

Atlas Data Privacy Corporation et al. v.
Precisely Holdings, LLC, Precisely Soft-
ware Inc., and Precisely Software Ltd.
(D.N.J. No. 1:24-cv-04571)

Atlas Data Privacy Corporation et al. v.
Outside Interactive, Inc.
(D.N.J. No. 1:24-cv-04696)

Atlas Data Privacy Corporation et al. v.
Valassis Digital Corp., Valassis Commu-
nications, Inc., and Vericast Corp.
(D.N.J. No. 1:24-cv-04770)

Atlas Data Privacy Corporation et al. v.
The Lifetime Value Co. LLC, BeenVeri-
fied, Inc., BeenVerified, LLC, Neighbor-
Who LLC, The NumberGuru, LLC, Peo-
pleLooker LLC, PeopleSmart LLC, and
Ownerly, LLC
(D.N.J. No. 1:24-cv-04850)

Atlas Data Privacy Corporation et al. v.
First American Financial Corporation
(D.N.J. No. 1:24-cv-05334)

Atlas Data Privacy Corporation et al. v.
LexisNexis Risk Data Management,
LLC, and RELX Inc.
(D.N.J. No. 1:24-cv-06160)

Blackbaud, Inc.; Whitepages, Inc.; Hiya, Inc.; Commercial Real Estate Ex-
change, Inc.; Carco Group, Inc.; Intellicorp Records, Inc.; 6Sense Insights,
Inc.; Lightbox Parent, L.P.; Lightbox Holdings, L.P.; Search Quarry, Inc.;
Search Quarry, LLC; Acxioim LLC; Enformion, LLC; Enformion Holdco,
Inc.; CoStar Group, Inc.; CoStar Realty Information, Inc.; Oracle Interna-
tional Corp.; Oracle America, Inc.; Oracle Corp; Red Violet, Inc.;
RE/MAX, LLC; Epsilon Data Management, LLC; Conversant LLC, Citrus
Ad International, Inc.; Data Axle, Inc.; Remine Inc.; Teltech Systems, Inc.;
Epic Enterprises, LLC; PeopleConnect, Inc.; PeopleConnect Holdings, Inc.;
Intelius, LLC; PeopleConnect Intermediate, LLC; CoreLogic, Inc.; Black
Knight Inc.; Black Knight IP Holding Company, LLC; Black Knight Tech-
nologies, LLC; Choreograph LLC; TransUnion LLC; Neustar, Inc.;
TransUnion Risk and Alternative Data Solutions, Inc.; Spokeo, Inc.; Telnyx
LLC; Wiland Inc.; AtData LLC; Precisely Holdings LLC; Precisely Soft-
ware Inc.; Precisely Software LTD; Outside Interactive, Inc.; Valassis
Communications, Inc.; Valassis Digital Corp.; Vericast Corp; BeenVeri-
fied, LLC; NeighborWho LLC; Ownerly, LLC; PeopleLooker, LLC; Peo-
pleSmart LLC; The Lifetime Value Co LLC; The NumberGuru, LLC; First
American Financial Corp.; LexisNexis Risk Data Management, LLC; and
RELX, Inc.,

Petitioners

**No. 24-8045**

Atlas Data Privacy Corporation et al. v.
Whitepages, Inc.

(D.N.J. No. 1:24-cv-03998)

Atlas Data Privacy Corporation et al. v.
Hiya, Inc.

(D.N.J. No. 1:24-cv-04000)

Atlas Data Privacy Corporation et al. v.
Commercial Real Estate Exchange, Inc.

(D.N.J. No. 1:24-cv-04073)

Atlas Data Privacy Corporation et al. v.
Carco Group Inc., and Intellicorp Rec-
ords, Inc.

(D.N.J. No. 1:24-cv-04077)

Atlas Data Privacy Corporation et al. v.
6Sense Insights, Inc.

(D.N.J. No. 1:24-cv-04104)

Atlas Data Privacy Corporation et al. v.
Search Quarry, LLC, and Search Quarry,
Inc.

(D.N.J. No. 1:24-cv-04106)

Atlas Data Privacy Corporation et al. v.
Acxiom LLC

(D.N.J. No. 1:24-cv-04107)

Atlas Data Privacy Corporation et al. v.
Enformion, LLC, and Enformion Holdco
Inc.

(D.N.J. No. 1:24-cv-04110)

Atlas Data Privacy Corporation et al. v.
CoStar Group, Inc., and CoStar Realty
Information, Inc.
(D.N.J. No. 1:24-cv-04111)

Atlas Data Privacy Corporation et al. v.
Oracle International Corporation, Oracle
America, Inc., and Oracle Corp.
(D.N.J. No. 1:24-cv-04112)

Atlas Data Privacy Corporation et al. v.
Red Violet, Inc.
(D.N.J. No. 1:24-cv-04113)

Atlas Data Privacy Corporation et al. v.
RE/MAX, LLC
(D.N.J. No. 1:24-cv-04114)

Atlas Data Privacy Corporation et al. v.
Epsilon Data Management, LLC, Con-
versant LLC, and Citrus Ad Interna-
tional, Inc.
(D.N.J. No. 1:24-cv-04168)

Atlas Data Privacy Corporation et al. v.
Claritas, LLC
(D.N.J. No. 1:24-cv-04175)

Atlas Data Privacy Corporation et al. v.
Data Axle, Inc.
(D.N.J. No. 1:24-cv-04181)

Atlas Data Privacy Corporation et al. v.
Remine Inc.
(D.N.J. No. 1:24-cv-04182)

Atlas Data Privacy Corporation et al. v.
Lusha Systems, Inc
(D.N.J. No. 1:24-cv-04184)

Atlas Data Privacy Corporation et al. v.
Teltech Systems, Inc., and Epic Applica-
tions, LLC
(D.N.J. No. 1:24-cv-04217)

Atlas Data Privacy Corporation et al. v.
PeopleConnect, Inc., PeopleConnect
Holdings, Inc., Intelius, LLC, and Peo-
pleConnect Intermediate, LLC
(D.N.J. No. 1:24-cv-04227)

Atlas Data Privacy Corporation et al. v.
CoreLogic, Inc.
(D.N.J. No. 1:24-cv-04230)

Atlas Data Privacy Corporation et al. v.
Black Knight Technologies, LLC, and
Black Knight, Inc.
(D.N.J. No. 1:24-cv-04233)

Atlas Data Privacy Corporation et al. v.
Choreograph LLC
(D.N.J. No. 1:24-cv-04271)

Atlas Data Privacy Corporation et al. v.
Transunion, LLC., Neustar, Inc., and
Transunion Risk and Alternative Data
Solutions, Inc.
(D.N.J. No. 1:24-cv-04288)

Atlas Data Privacy Corporation et al. v.
Equifax Inc. and Kount Inc.
(D.N.J. No. 1:24-cv-04298)

Atlas Data Privacy Corporation et al. v.
Spokeo, Inc
(D.N.J. No. 1:24-cv-04299)

Atlas Data Privacy Corporation et al. v.
Telnyx LLC
(D.N.J. No. 1:24-cv-04354)

Atlas Data Privacy Corporation et al. v.
Wiland, Inc.

(D.N.J. No. 1:24-cv-04442)

Atlas Data Privacy Corporation et al. v.
AtData, LLC

(D.N.J. No. 1:24-cv-04447)

Atlas Data Privacy Corporation et al. v.
Outside Interactive, Inc.

(D.N.J. No. 1:24-cv-04696)

Atlas Data Privacy Corporation et al. v.
Valassis Digital Corp., Valassis Commu-
nications, Inc., and Vericast Corp.

(D.N.J. No. 1:24-cv-04770)

Atlas Data Privacy Corporation et al. v.
LexisNexis Risk Data Management,
LLC, and RELX Inc.

(D.N.J. No. 1:24-cv-06160)

Whitepages, Inc.; Hiya, Inc.; Acxiom, Inc.; Commercial Real Estate Ex-
change, Inc.; Carco Group, Inc.; Intellicorp Records, Inc.; 6Sense Insights,
Inc.; Search Quarry LLC; Enformion, LLC; Enformion Holdco, Inc.; CoS-
tar Group, Inc.; CoStar Realty Information, Inc.; Oracle International Cor-
poration; Oracle America, Incorporated; Oracle Corporation; Red Violet,
Inc.; RE/MAX, LLC; Epsilon Data Management, LLC; Conversant LLC;
Citrus Ad International, Inc.; Claritas, LLC; Data Axle, Inc.; Remine Inc.;
Lusha Systems, Inc.; Teltech Systems, Inc.; Epic Applications, LLC; Peo-
pleConnect, Inc.; PeopleConnect Holdings, Inc.; Intelius, LLC; PeopleCon-
nect Intermediate, LLC; Corelogic, Inc.; Black Knight Technologies, LLC;
Black Knight, Inc.; Choreograph LLC; TransUnion, LLC; Neustar, Inc.;
TransUnion Risk and Alternative Data Solutions, Inc.; Equifax, Inc.;
Kount, Inc.; Spokeo Inc.; Telnyx LLC; Wiland, Inc.; AtData, LLC; Outside
Interactive, Inc.; Valassis Communications, Inc.; Valassis Digital Corp.;
Vericast Corp.; LexisNexis Risk Data Management, LLC; and RELX Inc.,

Petitioners

No. <u>24-8048</u>

Atlas Data Privacy Corporation et al. v. Babel Street, Inc.
(D.N.J. No. 1:24-cv-10596)

Babel Street, Inc.,

Petitioner

Present:  BIBAS, FREEMAN, and CHUNG, <u>Circuit Judges</u>

1.  Petitions for Permission to Appeal under 28 U.S.C. § 1453(c) Filed by

    Blackbaud, Inc.; Whitepages, Inc.; Hiya, Inc.; Commercial Real Estate Exchange, Inc.; Carco Group, Inc.; Intellicorp Records, Inc.; 6Sense Insights, Inc.; Lightbox Parent, L.P.; Lightbox Holdings, L.P.; Search Quarry, Inc.; Search Quarry, LLC; Acxioim LLC; Enformion, LLC; Enformion Holdco, Inc.; CoStar Group, Inc.; CoStar Realty Information, Inc.; Oracle International Corp.; Oracle America, Inc.; Oracle Corp; Red Violet, Inc.; RE/MAX, LLC; Epsilon Data Management, LLC; Conversant LLC, Citrus Ad International, Inc.; Data Axle, Inc.; Remine Inc.; Teltech Systems, Inc.; Epic Enterprises, LLC; PeopleConnect, Inc.; PeopleConnect Holdings, Inc.; Intelius, LLC; PeopleConnect Intermediate, LLC; CoreLogic, Inc.; Black Knight Inc.; Black Knight IP Holding Company, LLC; Black Knight Technologies, LLC; Choreograph LLC; TransUnion LLC; Neustar, Inc.; TransUnion Risk and Alternative Data Solutions, Inc.; Spokeo, Inc.; Telnyx LLC; Wiland Inc.; AtData LLC; Precisely Holdings LLC; Precisely Software Inc.; Precisely Software LTD; Outside Interactive, Inc.; Valassis Communications, Inc.; Valassis Digital Corp.; Vericast Corp; BeenVerified, LLC; NeighborWho LLC; Ownerly, LLC; PeopleLooker, LLC; PeopleSmart LLC; The Lifetime Value Co LLC; The NumberGuru, LLC; First American Financial Corp.; LexisNexis Risk Data Management, LLC; and RELX, Inc.

    Whitepages, Inc.; Hiya, Inc.; Acxiom, Inc.; Commercial Real Estate Exchange, Inc.; Carco Group, Inc.; Intellicorp Records, Inc.; 6Sense Insights, Inc.; Search Quarry LLC; Enformion, LLC; Enformion Holdco, Inc.; CoStar Group, Inc.; CoStar Realty Information, Inc.; Oracle International Corporation; Oracle America, Incorporated; Oracle Corporation; Red Violet, Inc.; RE/MAX, LLC; Epsilon Data Management, LLC; Conversant LLC; Citrus Ad International, Inc.; Claritas, LLC; Data Axle, Inc.; Remine Inc.; Lusha Systems, Inc.; Teltech Systems, Inc.; Epic Applications, LLC; PeopleConnect, Inc.; PeopleConnect Holdings, Inc.; Intelius, LLC; PeopleConnect Intermediate, LLC; Corelogic, Inc.; Black Knight Technologies, LLC; Black Knight, Inc.; Choreograph LLC; TransUnion, LLC; Neustar, Inc.; TransUnion Risk and Alternative Data Solutions, Inc.; Equifax, Inc.; Kount, Inc.; Spokeo Inc.; Telnyx LLC; Wiland, Inc.; AtData, LLC; Outside Interactive, Inc.; Valassis Communications, Inc.; Valassis Digital Corp.; Vericast Corp.; LexisNexis Risk Data Management, LLC; and RELX Inc.

    Babel Street, Inc.

2.  Plaintiffs' Answer in Nos. 24-8044 and 24-8045

3.  Plaintiffs' Answer in No. 24-8048

4. Motion in Nos. 24-8044 and 24-8045 by Non-Party Constella Intelligence, Inc. [Defendant in D.N.J. No. 1:24-cv-10571] to Intervene and Join in Petitions for Permission to Appeal

Respectfully,
Clerk

_____ ORDER _____
The foregoing petitions and motion are DENIED.

By the Court,

s/Stephanos Bibas
Circuit Judge

Dated: March 18, 2025
PDB/cc: All Counsel of Record

A True Copy:

Patricia S. Dodszuweit, Clerk